FILED
CLERK U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BALES,<br><br>        Petitioner,<br><br>v.<br><br>W.J. SULLIVAN,<br><br>        Respondent. | Case No. CV 07-4038 VBF(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, and Petitioner's "Opposition of the Magistrate Recommendation." The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

      IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 31, 2008

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE