JS6

FILED
CLERK U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BALES, | Case No. CV 07-4038 VBF(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| W.J. SULLIVAN, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied, and this action is dismissed with prejudice.

DATED: March 31, 2008

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE